IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMHERST COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br>P. O. Box 390<br>Amherst, Virginia 24521<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY<br>Attorney General of the<br>United States of America,<br>GRACE CHUNG BECKER,<br>Acting Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   **08 0780**<br><br>**FILED**<br><br>MAY 1 2 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act [#2]. According to the motion, the defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this 8th day of May, 2008:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

                                              /s/
                                           UNITED STATES DISTRICT JUDGE