# United States Court of Appeals
### For The District Of Columbia Circuit

No. 427

September Term, 2007
08cv0780

United States Court of Appeals
For the District of Columbia Circuit

FILED JUL 15 2008

Amherst County, Virginia,

    Plaintiff,

v.

Michael B. Mukasey, et al.

    Defendants.

## DESIGNATION OF JUDGES TO SERVE ON
## THREE-JUDGE DISTRICT COURT

    The Honorable Emmet G. Sullivan, Judge, United States District Court for the District of Columbia, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Douglas H. Ginsburg, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable John D. Bates, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Emmet G. Sullivan as members of the court to hear and determine this case. Judge Ginsburg will preside.

/s/ David B. Sentelle
David B. Sentelle
Chief Judge

Date: 07-15-2008